Ronald Curtis JOHNSON, Appellant,

v.

Steve WHITMILL, Sheriff, Washington County, Arkansas; Jane Kelley, Nurse, Washington County Detention Center, Appellees.

No. 01–3607.

United States Court of Appeals, Eighth Circuit.

Submitted April 26, 2002.

Filed April 30, 2002.

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Arkansas inmate Ronald Curtis Johnson appeals the district court's adverse grant of summary judgment in Johnson's civil rights action. Having carefully reviewed the record, we conclude summary judgment was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.